# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM M. GILCHRIST AND BETTINA W. GILCHRIST, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION AND SUBSTITUTE TRUSTEE SERVICES, INC., <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 4:12-CV-118-D** |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED that in accordance with the court's order entered on February 4, 2013, defendant Wells Fargo Bank, National Association's motion to dismiss is granted in part and denied in part and that in accordance with the court's order entered on August 19, 2014, defendant Wells Fargo Bank, National Association's motion for summary judgment is granted.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 19, 2014**, AND A COPY MAILED TO:

Claud R. Wheatly, III (via CM/ECF Notice of Electronic Filing)
Christopher W. Jones (via CM/ECF Notice of Electronic Filing)
Robert T. Numbers, II (via CM/ECF Notice of Electronic Filing)
James Scott Flowers (via CM/ECF Notice of Electronic Filing)


August 19, 2014                      JULIE A. RICHARDS, Clerk
Date                                  *Eastern District of North Carolina*

                                                    /s/ Susan W. Tripp
*New Bern, North Carolina*                      *(By) Deputy Clerk*